**EXHIBIT 2:** INFRINGEMENT
URL: https://www.vulture.com/2017/05/artist-protests-fearless-girl-with-urinating-dog-sculpture.html



