UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| GABRIELLA BASS<br><br>    Plaintiffs,<br><br>-against-<br><br>VOX MEDIA, LLC,<br><br>    Defendant. | 24-CV-3771 (PAE) (RFT)<br><br>**ORDER** |

**ROBYN F. TARNOFSKY, United States Magistrate Judge:**

  On August 7, 2024, Defendant filed its motion to dismiss ("MTD") Plaintiff's amended complaint. (*See* ECF 23.) Plaintiff filed her opposition to the MTD on August 21, 2024. (*See* ECF 30.) Under Local Civil Rule 6.1, Defendant's reply papers were due on August 28, 2024. To date, Defendant has neither filed its reply papers nor requested an extension of time to do so. The time for Defendant to file reply papers in further support of the motion to dismiss is extended, sua sponte and nunc pro tunc, to **September 13, 2024**. If Defendant does not intend to file reply papers in further support of the motion to dismiss, it shall file a letter on the docket by **September 13, 2024** so stating.

  On September 3, 2024, Defendant filed a letter-motion to stay discovery and all other case deadlines pending resolution of the MTD. Plaintiff shall file her opposition to that letter-motion, if any, by **September 9, 2024**, and Defendant shall file its reply, if any, by **September 12, 2024**.

  I will hold telephonic oral argument on the letter-motion to stay on **Friday, September 13, 2024 at 12:00 PM**. Counsel for the parties are directed to call my conference line at the scheduled time by dialing **(646) 453-4442, Access Code: 818 729 045 #.**

DATED:  September 5, 2024
      New York, New York

SO ORDERED.

_____
**ROBYN F. TARNOFSKY**
United States Magistrate Judge